UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation<br><br>    Plaintiffs,<br>vs.<br><br>THOMAS MOTHERWAY, individually; DEDE MOTHERWAY, individually; MOTHERWAY FAMILY TRUST, a trust; BEHL HOME CONSTRUCTION LLC, a Nevada limited liability company; and BEHL CONSTRUCTION LLC, a Nevada limited liability company,<br><br>    Defendants. | Case No.:   3:08-cv-00434-LRH-VPC<br><br>STIPULATION TO STAY PROCEEDINGS PENDING SUPREME COURT OF NEVADA ORDERED MEDIATION AND ORDER |

## STIPULATION

The above entitled parties, by and through their respective counsel of record, hereby stipulate as follows:

The subject action is styled as a declaratory relief controversy involving an underlying dispute with a claim pending in front of the Nevada Supreme Court.

Pursuant to the Nevada Supreme Court procedure, there is a mandatory settlement conference requirement. Brian M. McMahon, on behalf of the Defendants herein, MOTHERWAYS, met with the appointed mediator regarding the settlement conference set forth in the Nevada Supreme Court appeal, Behl Construction, LLC., v. Thomas and Dede Motherway/Motherway Family Trust, Case Number CV05-02543.

As a result of that meeting, it became apparent that mediation at the Supreme Court level

would require the presence of Quanta Specialty Lines Insurance Company ("Quanta"). Brian McMahon, on behalf of the Motherways met and conferred with Behl Construction, LLC., counsel, Marsha Stephenson, and in turn, was referred to counsel for Quanta, Ramiro Morales.

WHEREFORE, to address the mandatory settlement conference provisions, it is clear that mediation is necessary and requires the presence of Quanta. In an effort to limit the passage of time without prejudice to Quanta or the Motherways, Quanta and the Motherways, through their counsel of record, stipulate to a stay of all proceedings in this action through and including July 31, 2009. The parties respectfully request that the Court order a stay of all proceedings through and including July 31, 2009.

The parties have met and conferred with their clients and the extension of time to attempt a mediated resolution of this case appears to be a reasonable and productive procedure at this time.

IT IS SO STIPULATED.

DATED this ___ day of May, 2009.

MORALES FIERRO & REEVES

By: _____
Ramiro Morales, Esq.
Attorney for Plaintiffs,
QUANTA SPECIALTY LINES
INSURANCE COMPANY

DATED this 21st day of May, 2009.

McMAHON LAW OFFICES, LTD.

By: _____
Brian M. McMahon, Esq.
Attorney for Defendants,
THOMAS MOTHERWAY AND DEDE
MOTHERWAY, individually and
MOTHERWAY FAMILY TRUST

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: May 27, 2009.

2