1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>          Plaintiff,<br><br>  vs.<br><br>THOMAS MOTHERWAY, an individual; DEDE MOTHERWAY, an individual; MOTHERWAY FAMILY TRUST, a trust; BEHL HOME CONSTRUCTION LLC, a Nevada limited liability company; and BEHL CONSTRUCTION LLC, a Nevada limited liability company,<br><br>          Defendants. | CASE NO.: 3:08-cv-00434-LRH-VPC<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

## STIPULATION AND ORDER RE DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Quanta Specialties Lines Insurance Company, by and through its counsel of record, Morales Fierro & Reeves, and Defendants Thomas Motherway, DeDe Motherway, and the Motherway Family Trust, by and through their counsel of record the McMahon Law Offices, Ltd., that this action be dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO STIPULATED.

DATED this ___ day of September, 2009.

MORALES FIERRO & REEVES

By: _____
Ramiro Morales, Esq., #7101
P.O. Box 13403
Las Vegas, NV 89112
Attorney for Plaintiff QUANTA
SPECIALTY LINES INSURANCE
COMPANY

DATED this ___ day of September, 2009.

McMAHON LAW OFFICES, LTD.

By: _____
Brian M. McMahon, Esq., #00927
3715 Lakeside Drive, Suite A
Reno, NV 89509
Attorney for Defendants THOMAS
MOTHERWAY, DEDE MOTHERWAY,
MOTHERWAY FAMILY TRUST

## ORDER

The Parties having stipulated thereto, and no other party having appeared in this action, and for good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 30, 2009

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE